**ORIGINAL**

# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                    *
VESTER L. PATTERSON,                *
                                    *
              Plaintiff,            *
                                    *   No. 16-917C
v.                                  *   Filed: September 2, 2016
                                    *
UNITED STATES,                      *
                                    *
              Defendant.            *
                                    *
* * * * * * * * * * * * * * * * *  *
```

**FILED**
SEP - 2 2016
U.S. COURT OF
FEDERAL CLAIMS

### ORDER

On August 3, 2016, the court issued an Order in the above-captioned case noting that:

Pursuant to Rule 3.1 of the Rules of the United States Court of Federal Claims, plaintiff either shall pay the $400.00 filing fee or file a motion to proceed in forma pauperis in the above-captioned case. If plaintiff intends to file a motion to proceed in forma pauperis or pay the filing fee in the above-captioned case, plaintiff shall file such a motion or pay the filing fee on or before **August 31, 2016**. If plaintiff does not file a motion to proceed in forma pauperis or submit the filing fee on or before August 31, 2016, the court will dismiss his complaint.

As of September 2, 2016, plaintiff has not filed a motion to proceed in forma pauperis nor has plaintiff submitted the requisite filing fee. Therefore, pursuant to RCFC 41(b), the above-captioned case is **DISMISSED**, without prejudice, for failure to follow the court's Order. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED.**

MARIAN BLANK HORN
Judge